| | |
|---|---|
| UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION |

BENJAMIN FORREST, BRADEN GLASSON, MASON FRAKES, and DAKOTA MANESS, §§§§§§

*Plaintiff(s)*,

v.  §  No. 5:21-cv-01099-OLG

TLW ENERGY SERVICES, LLC, CERBERUS ENERGY SERVICES, LLC and TROY WATKINS,

*Defendant(s)*.

## PLAINTIFF'S AMENDED MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Benjamin Forrest, Braden Glasson, Mason Frakes, and Dakota Maness (referred to as "Plaintiffs") moves for default judgment against Defendants TLW Energy Services, LLC., Cerberus Energy Services, LLC., and Troy Watkins (referred to as "Defendants").

### I. Introduction

1. Plaintiffs are Benjamin Forrest, Braden Glasson, Mason Frakes and Dakota Maness.

2. Defendants are TLW Energy Services, LLC, Cerberus Energy Services, LLC., and Troy Watkins.

3. Plaintiffs sued Defendants for violations of the Fair Labor Standards Act ("FLSA"), including failure to pay overtime and failure to maintain accurate records of Plaintiffs' hours worked. Ex. A, Pl.'s First Am. Compl. (Dkt. 15).

4. Although properly served, Defendants failed to file an answer to Plaintiffs' Original Complaint.

## II.   Facts

5. On November 8, 2021, Plaintiffs filed their Original Complaint. Ex. A, Pl.'s First Am. Compl. (Dkt. 15).

6. On November 12, 2021, citations were issued for Defendants. Ex. B, Citations.

7. On November 15, 2021, Plaintiff's process server served Defendants. Ex. C, Return of Service (Doc. 6); Ex. D, Return of Service (Doc. 7); Ex. E, Return of Service (Doc. 8).

8. Plaintiffs filed a Request for Entry of Default on December 16, 2021. Ex. F, Req. for Entry of Default.

9. On January 4, 2022, Entry of Default was entered against all Defendants. Ex. G, Entry of Default.

## III.   Default Judgment

10. Plaintiffs incorporate by reference all of the facts set forth in the preceding paragraphs.

11. Defendants have by default admitted the allegations in Plaintiffs' Original Complaint.

– 3 –

12. An Entry of Default for Defendants TLW Energy Services, LLC., Cerberus Energy Services, LLC., and Troy Watkins was entered on the claims against them on January 4, 2022. Ex. G, Entry of Default.

13. Accordingly, Plaintiffs are entitled to recover $413,446.67 in unpaid wages, $413,446.67 in liquidated damages plus attorney's fees in the amount of $17,5000.00 from Defendants. Ex. H, Forrest Decl.; Ex. I, Glasson Decl.; Ex. J, Maness Decl.; Ex. K, Frakes Decl.; Ex. L, Affidavit of Attorney's Fees.

14. Defendants are not on active duty in the armed forces. Ex. M, Affidavit of Military Status; Ex. N, Certificate of Last Known Address.

## IV.   Conclusion

15. For the foregoing reasons, Roque requests that the Court enter default judgment against Defendants. A proposed default judgment is attached for the Court's consideration.

Respectfully Submitted,

MOORE & ASSOCIATES
Lyric Centre
440 Louisiana Street, Suite 1110
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

By: _____
   Melissa Moore
   Tex. Bar No. 24013189
   melissa@mooreandassociates.net
   Curt Hesse
   Tex. Bar No. 24065414
   curt@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFFS**