FILED
July 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BENJAMIN FORREST, BRADEN GLASSON, MASON FRAKES, and DAKOTA MANESS | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-21-CV-1099-OG |
| TLW ENERGY SERVICES, LLC, CERBERUS ENERGY SERVICES, LLC, and TROY WATKINS | ) ) ) ) | |
| Defendants | ) | |

## DEFAULT JUDGMENT

This FLSA action was filed by the named plaintiffs on November 8, 2021. Docket no. 1. Plaintiffs are seeking back wages for unpaid overtime at the rate of one and one-half times the regular rate, liquidated damages for willful violations, attorney's fees, and costs. Docket no. 15. Defendants TLW Energy Services, LLC, Cerberus Energy Services, LLC, and Troy Watkins were served with process on November 16, 2021. Docket nos. 6, 7, 8. Defendants failed to answer or otherwise respond within the time set forth in the rules. Defendants are in default. Docket no. 11. Plaintiffs have moved for default judgment against all defendants. Docket no. 16.

The Court has reviewed the record and the applicable law, and finds that the amended motion for default judgment (docket no. 16) should be GRANTED. By their default and failure to appear, TLW Energy Services, LLC, Cerberus Energy Services, LLC, and Troy Watkins admit the well-pleaded allegations set forth in the amended complaint. *See* Fed. R. Civ. P. 55. Although this case has not been certified as a collective action, each of the named plaintiffs are entitled to default judgment on their individual claims.

It is therefore ORDERED that Plaintiffs' Amended Motion for Default Judgment (docket no. 16) is GRANTED.[1]

It is further ORDERED that Plaintiffs Benjamin Forrest, Braden Glasson, Mason Frakes, and Dakota Maness recover from Defendants TLW Energy Services, LLC, Cerberus Energy Services, LLC, and Troy Watkins, jointly and severally, the sum of $826,933.34, which includes unpaid overtime wages and liquidated damages in accordance with 29 U.S.C. § 216(b), allocated as follows:

- Ben Forrest: unpaid overtime in the amount of $191,700.00 and liquidated damages in the amount of $191,700.00, for a total of $383,400.00 (docket no. 16-8, exh. H);

- Braden Glasson: unpaid overtime in the amount of $83,362.50 and liquidated damages in the amount of $83,362.50, for a total of $166,725.00 (docket no. 16-9, exh. I);

- Mason Frakes: unpaid overtime in the amount of $99,675.00 and liquidated damages in the amount of $99,675.00, for a total of $199,350.00 (docket no. 16-11, exh. K);

- Dakota Maness: unpaid overtime in the amount of $38,729.17 and liquidated damages in the amount of $38,729.17, for a total of $77,458.34 (docket no. 16-10, exh. J).

It is further ORDERED that Plaintiffs Benjamin Forrest, Braden Glasson, Mason Frakes, and Dakota Maness recover from Defendants TLW Energy Services, LLC, Cerberus Energy Services, LLC, and Troy Watkins, jointly and severally, the sum of $17,500.00 in attorney's fees in accordance with 29 U.S.C. § 216(b). *See* docket no. 16-12, exh L.

It is further ORDERED that post judgment interest accrue at the rate of 2.86 % per annum until paid.

This is a final judgment. All relief not expressly granted herein is denied.

SIGNED this __21st__ day of July, 2022.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

---

[1] Plaintiffs' [first] motion for default judgment (docket no. 13) is moot.